FELL et al., Respondents, v. DE KOSENKO et al., Appellants. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Herbert N. Fell and another against Stephen De Kosenko and others. B. N. Cardozo, for appellants. Charles P. Northrop, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

F. E. ROSEBROCK & CO., Respondents, v. LEMMERMANN, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by F. E. Rosebrock & Co. against Henry Lemmermann. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant, v. OUCHIE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the Fidelity & Deposit Company of Maryland against Frank E. Ouchie and another. No opinion. Judgment affirmed, with costs.

In re FIFTH AVENUE. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) In the matter of the laying out, making, opening, constructing, and extending of Fifth Avenue (formerly Rural Avenue), from the point of its termination to North Main Street, in City of Gloversville, N. Y.

PER CURIAM. Order affirmed, without costs, on the ground that the County Court had no jurisdiction to award costs, without, however, passing on the question whether the common council of the city of Gloversville has such power, or, if it has, whether application can be made, except on confirmation of award and before assessment of damages.

SMITH, P. J., not voting.

In re FIRST NAT. BANK OF HEMPSTEAD. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) In the matter of the application of the First National Bank of Hempstead to be designated as a deposit bank of court funds, etc. No opinion. Application withdrawn.

FISCHER v. JOLINE et al. (two cases). (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by Sitta Fischer and by Julius S. Fischer against Adrian H. Joline and another. J. E. Murphy, for appellants. B. H. Ames, for respondents. PER CURIAM. Judgments and orders affirmed, with costs. Orders filed.

LAUGHLIN, J., dissents.

FISHER, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Jennie Fisher against the Prudential Insurance Company of America and another. No opinion. Judgment affirmed, with costs.

FITZGERALD, Respondent, v. CADILLAC HOTEL CO. et al., Appellants. Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Elsie Harrington Fitzgerald against the Cadillac Hotel Company and others. No opinion. Judgment and order unanimously affirmed, with costs.

FOGARTY v. FOGARTY. (Supreme Court, Appellate Division, First Department. October, 1910.) Action by Patrick A. Fogarty against William P. Fogarty. No opinion. Motion denied. Memorandum per curiam. Settle order on notice. See, also, 126 N. Y. Supp. 4; infra.

FOGARTY v. FOGARTY. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Patrick Fogarty against William P. Fogarty. With this case has been consolidated in this court cases bearing titles as follows: Martin Ungrich v. Henry Ungrich; Michael Glennon v. Star Co.; Calogaro Petrantoni v. New York Taxicab Co. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 126 N. Y. Supp. 4.

FORMAN, Appellant, v. BOSTWICK et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Lewis L. Forman against Edward H. Bostwick, impleaded with Randolph Horton and others. No opinion. Judgment unanimously affirmed, with costs. See, also, 139 App. Div. 333, 123 N. Y. Supp. 1048.

FOSTER, Respondent, v. B. I. CROOKER CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Charles E. Foster against the B. I. Crooker Company, impleaded with others. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. See, also, 126 N. Y. Supp. 1020.

FOX, Appellant, v. WISE, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Marcus H. Fox against Annette S. Wise. PER CURIAM. Judgment of the Municipal Court affirmed, with costs. BURR and CARR, JJ., dissent.

FRAKER v. A. G. HYDE & SONS. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by E. Porter Fraker against A. G. Hyde & Sons. No opinion. Motion denied, with $10 costs. Order filed. See, also, 126 N. Y. Supp. 1129.

FRANK, Respondent, v. STROHSAHL et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Seamon Frank against John W. Strohsahl and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

FRANK PRESBREY CO., Respondent, v. H-O CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. Febru-

ary 8, 1911.) Action by the Frank Presbrey Company against the H–O Company. No opinion. Order affirmed, with $10 costs and disbursements.

FREY, Appellant, v. DAWSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Frank Frey· against Joseph Dawson and others. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event. *Held*, that the notice under the employer's liability act (Consol. Laws, c. 31) was sufficient.

FREY, Respondent, v. SCHIEFFER, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Frances Frey against Frederick August Schieffer. No opinion. Judgment affirmed by default, with costs. See, also, 125 N. Y. Supp. 1120.

FRIEDSBERG et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Theodore Friedsberg and another against the City of New York. B. H. Arnold, for appellants. C. L. Barber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 948, 118 N. Y. Supp. 1107.

In re FRINDEL. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of Benjamin Frindel, an attorney. No opinion. Referee's report confirmed, except as to the charge of perjury, and respondent suspended from practice for the term of two years. See, also, 138 App. Div. 893, 122 N. Y. Supp. 1128.

GAMBIER, Respondent, v. GAMBIER, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Edith M. Gambier against Edward V. Gambier. E. W. Hatch, for appellant. A. Van Wyck, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

GEIGER, Respondent, v. HANSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by John Geiger against ·Charles J. Hanson and another.

PER CURIAM. Motion granted, on condition that appellants perfect their appeal, place the case on the next calendar of the court, and be ready for argument when reached; otherwise, motion denied, without costs. See, also, 134 App. Div. 942, 118 N. Y. Supp. 1108.

JENKS, P. J., not sitting.

GELBER, Appellant, v. HUEG, Respondent. (Supreme Court, Appellate Division, Second

Department. February 24, 1911.) Action by Abraham Gelber against Herman Hueg, etc. No opinion. Judgment and order unanimously affirmed, with costs.

GELLER, Appellant, v. WILLIAMSBURGH TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Morris Geller against the Williamsburgh Trust Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., taking no part.

GEORGER, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Frank L. Georger against ·C. Eugene Clark. No opinion. Motion to dismiss appeal granted, and appeal dismissed, without costs.

GINSBERG v. FRIEDMAN (two cases). (Supreme Court, Appellate Division, First Department. January 13, 1911.) Actions by Charles Ginsberg against Bernard Friedman. No opinion. Applications granted. Orders signed. See, also, 125 N. Y. Supp. 473.

GLENN v. PETERSON et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Edward J. Glenn against Sven G. Peterson and another. No opinion. Judgment affirmed, with costs.

GODEFFROY, Respondent, v. GODEFFROY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Henriette E. Godeffroy against Adolph E. Godeffroy. N. Cohen, for appellant. H. I. Lurie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GODLEY, Respondent, v. CRANDALL & GODLEY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Elizabeth McM. Godley against the Crandall & Godley Company and others impleaded, etc. J. J. Allen, for appellants. W. R. Osborn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDBERG v. WILLITS. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Morris Goldberg against Ella O. Willits. No opinion. Motion granted, with $10 costs. Order filed.

GOLDSTEIN, Respondent, v. MOROWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Charles Goldstein against Benjamin Morowitz and another. No opinion. Motion granted, with $10 costs.

GOLDSTEIN, Respondent, v. SILBERLING et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.)

127 N.Y.S.—71